extent of deeming stricken Addendum 1 and Addendum 2 to appellant's brief and references thereto in that brief.

In the Matter of AFTON C., a Child Alleged to be Neglected. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; JAMES C. et al., Respondents. (And Four Other Proceedings.)

Submitted February 22, 2011; decided March 24, 2011

Motion by Saratoga County Department of Social Services et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of AFTON C., a Child Alleged to be Neglected. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; JAMES C. et al., Respondents. (And Four Other Proceedings.)

Submitted March 7, 2011; decided March 24, 2011

Motion to strike portions of the briefs of respondent James C. and the child Trevor C. denied.

In the Matter of JEFFREY BAKER, Respondent, v POUGHKEEPSIE CITY SCHOOL DISTRICT et al., Appellants.

Submitted February 7, 2011; decided March 24, 2011

Motion by the New York State School Boards Association, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.